# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:02-cr-485-T-24TBM

SOTERO GOMEZ-TORRES
_____/

## O R D E R

**THIS CAUSE** comes before this Court on Defendant's Motion for reduction in sentence (Dkt. 74) under 18 U.S.C. § 3582(c)(2) based on USSG Amendment 782, a retroactive guideline amendment.[1] S*ee* USSG § 1B1.10(d) (2014). The Federal Public Defender's Office has filed a Notice advising the Court that Defendant is not eligible for a sentence reduction under Amendment 782 because the Amendment does not have the effect of lowering Defendant's base level. (Dkt. 73). The United States Probation Office's memorandum states that Defendant is not entitled to relief under Amendment 782 because he was sentenced as a career offender. (Dkt. 71).

The Court, having reviewed Defendant's motion, Probation's Amendment 782 Memorandum, the Federal Public Defender's Notice, and the court file, concludes that the motion should be denied. Defendant Sotero Gomez-Torres is not entitled to a sentence reduction as a result of Amendment 782 because he was sentenced as a career offender.

---

[1] Defendant first filed a motion for reduction in sentence on March 11, 2015 (Dkt. 67), which the Court found moot pending determination of Defendant's eligibility for a sentence reduction. (Dkt. 68).

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on the 18th day of August, 2017.

SUSAN C. BUCKLEW
United States District Judge

**COPIES FURNISHED TO**:
*Pro se* Defendant